No. 92–690. MISSOURI PACIFIC RAILROAD CO. *v.* ANGLIM. Sup. Ct. Mo. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–700. KAUFFMAN *v.* ALLIED SIGNAL, INC., AUTOLITE DIVISION. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–714. HINKLEMAN *v.* SHELL OIL CO. C. A. 4th Cir. Motions of Virginia Gasoline Marketers & Automotive Repair Assn., Inc., and Service Station Dealers of America et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–5991. COOPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 91–1743. UNITED MISSIONARY AVIATION, INC. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 816;

No. 91–1934. GROBEL *v.* LIQUID AIR CORP., *ante,* p. 823;

No. 91–6576. JOHNSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 930;

No. 91–7814. MUKES *v.* UNITED STATES, *ante,* p. 930;

No. 91–8495. IN RE BAUER, *ante,* p. 812;

No. 91–8648. CALDWELL *v.* BLOCH, *ante,* p. 853;

No. 92–322. WALTON *v.* BATRA, *ante,* p. 874;

No. 92–5538. JOHNSON *v.* KAISER, WARDEN, ET AL., *ante,* p. 921; and

No. 92–5792. COLLINS *v.* NORDSTROM, INC., ET AL., *ante,* p. 960. Petitions for rehearing denied.

DECEMBER 29, 1992

No. 92–6291. SHERROD *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.